THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00117-MR

| | |
|---|---|
| DONALD SELLERS, ) ) Plaintiff, ) ) vs. ) ) AIR & LIQUID SYSTEMS ) CORPORATION, et al., ) ) Defendants. ) _____ ) | O R D E R |

**THIS MATTER** is before the Court on the Conditional Remand Order received from the United States Judicial Panel on Multidistrict Litigation [Doc. 9].

In light of the Conditional Remand Order, the Court will require the parties to conduct an attorneys' conference and thereafter to file a report advising the Court of the status of these proceedings, particularly identifying the parties and issues that remain for trial, as well as identifying any pretrial matters that remain to be completed. Additionally, the parties shall propose a schedule for the filing of motions *in limine* and an estimate of how long this case will take to try. Upon receipt of the parties' report, the

Court will enter a Pretrial Order and Case Management Plan setting this matter for trial.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an attorneys' conference as soon as practicable but no later than **December 30, 2014,** and that the parties shall file a status report with the Court no later than **January 6, 2015**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge