THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00117-MR

| | |
|---|---|
| DONALD SELLERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AIR & LIQUID SYSTEMS ) <br> CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal without Prejudice [Doc. 21].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 21] is **GRANTED**, and all of the Plaintiff's claims against Defendants Hanson Aggregates West, Inc., Hanson Building Materials America, Inc., and Hanson Permanente Cement Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge