# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00117-MR

| | |
|---|---|
| DONALD SELLERS,                                )<br>                                                          )<br>                    Plaintiff,              )<br>                                                          )<br>        vs.                                           )<br>                                                          )<br>AIR & LIQUID SYSTEMS                 )<br>CORPORATION, et al.,                  )<br>                                                          )<br>                    Defendants.         )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On July 1, 2015, the Defendant Crane Co. filed a Motion to Preclude Specific Causation Testimony from Plaintiff's Expert [Doc. 25]. The Defendant's motion, however, fails to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 14 at 6]. Accordingly, the Defendant's motion will be stricken.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Preclude Specific Causation Testimony from Plaintiff's Expert [Doc. 25] is **STRICKEN**. The Defendant may re-file its motion in a manner which

complies with the requirements of this Court within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge