THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00117-MR

DONALD SELLERS,              )
                             )
          Plaintiff,         )
                             )
     vs.                     )          O R D E R
                             )
AIR & LIQUID SYSTEMS         )
CORPORATION, et al.,         )
                             )
          Defendants.        )
_____)

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Crane Co., Only [Doc. 39].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 39] is **GRANTED**, and all of the Plaintiff's claims against Defendant Crane Co. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: September 22, 2015

Martin Reidinger
United States District Judge