# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Donald Sellers, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:12-cv-00117-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Air & Liquid Systems Corporation, et al | ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2015 Order.

September 22, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court